IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILSON SPORTING GOODS CO. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:11-cv-02524 |
| | ) | |
| v. | ) | Judge: Joan B. Gottschall |
| | ) | Magistrate Judge: |
| | ) | Michael T. Mason |
| PRINCE SPORTS, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the plaintiff, Wilson Sporting Goods Co. ("Wilson") and Prince Sports, LLC (successor in interest to Defendant Prince Sports, Inc.) ("Prince") hereby stipulate and agree that all claims in this action are dismissed with prejudice subject to the parties' settlement agreement. The parties shall bear their own costs and attorneys' fees.

| | |
|---|---|
| /s/ Jeffery A. Key (w/ permission) | /s/ Steven J. Reynolds |
| Jeffery A. Key, Esq. (#6269206) | Gina L. Durham (#6269684) |
| KEY & ASSOCIATES | Steven J. Reynolds (#6293634) |
| 321 N. Clark St., Suite 500 | DLA PIPER LLP (US) |
| Chicago, Illinois 60654 | 203 N. LaSalle St. Suite 2200 |
| jakey@key-and-associates.com | Suite 1900 Chicago, IL 60606 |
| Telephone: (312) 560-2148 | Chicago, IL 60601 |
| Facsimile: (312) 957-1236 | Telephone: (312) 368-4000 |
| | Facsimile: (312) 251-5745 |
| Attorneys for Plaintiff | gina.durham@dlapiper.com |
| Wilson Sporting Goods Co. | steven.reynolds@dlapiper.com |
| | |
| | Attorneys for Prince Sports, LLC, Successor-In-Interest to Defendant Prince Sports, Inc. |