# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Wilson Sporting Goods Co

        Plaintiff,

v.                                  Case No.: 1:11–cv–02524
                                  Honorable Joan B. Gottschall

Prince Sports Inc

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 18, 2013:

      MINUTE entry before Honorable Joan B. Gottschall: Pursuant to Joint Notice of Voluntary Dismissal [38], this action is dismissed with prejudice subject to the parties' settlement agreement. The parties shall bear their own costs and attorneys39; fees. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.